■ In the Matter of FRANCIS N. ROSENBAUM, an Attorney.—Respondent directed, pursuant to amended subdivision 4 of section 90 of the

Judiciary Law within 30 days from the date of entry of this court's order, to show cause why a final order of suspension, censure or removal from office should not be made and, pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York. Concur—Sandler, J. P., Bloom, Markewich, Silverman and Ross, JJ.